Exhibit 1

RECEIVED

AUG 18 2025

CBCC Law Library

PRIORITY

Department of Corrections WASHINGTON STATE

# LAW LIBRARY REQUEST FOR PRIORITY ACCESS

To receive consideration, this request must indicate an exceptional need regarding actions related to your **sentence, confinement, civil rights, and/or child dependency** and **must be completed in its entirety**. Use a separate form for each case. Failure to do so may result in the inability to process your request.

Date: 8/18/25

Requestor name: Kane Ali

DOC number: 418107

Facility: Clallam Bay Corrections Center

Housing unit: RHU / E D10

**Identify the deadline date for which you are seeking priority access:** September 17, 2025
*This must be within 45 days of this request. If there is a letter, court order, or other document relating to the deadline you may attach a copy to assist in verifying the deadline.*

Case type: ☐ Sentence ☐ Confinement ☒ Civil rights ☐ Child dependency

Court in which you have the deadline: Eastern District

Case, cause, or docket number: 2:23-cv-00204-TOR

Identify which rule or statute imposes the deadline: Trial Briefs, voir Dire, Jury Instruction

Comments:

☒ Approved ☐ Denied

Reason:
Due to continual deadlines between now and Nov. 3, 2025 priority Access is granted until November 3, 2025

☐ Separatees checked (if applicable)

Requestor signature: [signature]

Date: 8/18/25

Law Librarian/designee name: J. Erickson

Signature: [signature]

Date: 8/20/25

The contents of this document may be eligible for public disclosure. Social Security Numbers are considered confidential information and will be redacted in the event of such a request. This form is governed by Executive Order 00-03, RCW 42.56, and RCW 40.14.

Distribution: **ORIGINAL** - Law Library **COPY** - Incarcerated individual

Exhibit 2

Exhibit 3

Department of Corrections
WASHINGTON STATE

Received 10/2/25

**KITE**

| Name (print)/*Nombre (letra de molde)* Kane Ali | Date/*Fecha* 10/01/25 |
| --- | --- |
| DOC number/*Número DOC* 418107 | Facility/unit/cell / *Instalación/unidad/celda* MCC / TMU / F-246 |
| Request interview with or answer from/*Solicita entrevista o respuesta de* Law Library | |

**Reason/Question** ☐ Interpreter needed for ______ (language)
***Razón/Pregunta*** ☐ *Necesito intérprete para* ______ *(idioma)*

I need to e-File documents for these cases:
Kane v. Ellerson 2:23-cv-00204-TOR Kane v. Walls
~~2:23-cv-~~ 268-TOR Kane v. Adams 4:25-cv-05094
-RLP, Kane v. Royse et al 4:25-cv-05103-RLP
Kane v. Jackson et al 4:25-cv-05164-RLP
I missed my deadline on 9/17 for Kane v. Ellerson
and & I only have certain amount of days to appeal
I also have a deadline in Kane v. Adams

| Signature/*Firma* [signature] | Days off/*Días libres* |
| --- | --- |

**Response/*Respuesta***

There was no verifiable deadlines
on the above case you listed.

If you have documents to show
deadlines please ~~[illegible]~~ provide.

| Responder/*Persona que responde* [signature] | Date/*Fecha* 10/2/25 |
| --- | --- |

The contents of this document may be eligible for public disclosure. Social Security Numbers are considered confidential information and will be redacted in the event of such a request. This form is governed by Executive Order 16-01, RCW 42.56, and RCW 40.14.

Distribution: **WHITE** - Responder **CANARY** - Return response **PINK** - Requestor
*Distribución:* ***BLANCA*** *- Persona responde* ***AMARILLA*** *- Respuesta devuelta* ***ROSA*** *- Solicitante*

DOC 21-473ES (Rev. 12/31/23) DOC 390.585, DOC 450.100, DOC 450.500, DOC 490.800