UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ALI KANE,<br><br>    Plaintiff,<br>v.<br>CARMACK, et al.,<br><br>    Defendants. | Case No. 2:25-cv-01972-DGE-TLF<br><br>ORDER GRANTING MOTION TO FILE AMENDED COMPLAINT |

  Plaintiff Ali Kane proceeds pro se in this 42 U.S.C. § 1983 action. On October 6, 2025, petitioner filed a proposed complaint. Dkt. 1. On October 14, 2025, the Clerk issued a notice of filing deficiency instructing plaintiff to pay the filing fee or file an application to proceed IFP. Dkt. 2. On October 24, 2025, plaintiff cured his filing deficiency by filing a motion to proceed IFP.[1] Dkt. 3. Plaintiff also filed a motion to amend the complaint in this matter noting that he wants to make corrections to certain dates and present new facts. Dkt. 3-2.

  The Court has not yet directed service in this action. Accordingly, plaintiff's motion to amend (Dkt. 3-2) is GRANTED. *See* Fed. R. Civ. P. 15(a).

  Plaintiff is directed to file the amended complaint on or before **December 1, 2025**. The amended complaint must be legibly rewritten or retyped in its entirety, it

---

[1] The Court will defer ruling on plaintiff's motion to proceed IFP (Dkt. 3) until plaintiff files his amended complaint.

ORDER GRANTING MOTION TO FILE AMENDED
COMPLAINT - 1

should be an original and not a copy, it should contain the same case number, and it may not incorporate any part of the original complaint by reference. The amended complaint will act as a complete substitute for the original complaint, and not as a supplement. *See Ferdik v. Bonzelet*, 963 F.2d 1258, 1262 (9th Cir. 1992).

Within the amended complaint, plaintiff must write a short, plain statement telling the Court: (1) the constitutional right Plaintiff believes was violated; (2) the name of the person who violated the right; (3) exactly what the individual did or failed to do; (4) how the action or inaction of the individual is connected to the violation of plaintiff's constitutional rights; and (5) what specific injury plaintiff suffered because of the individual's conduct. *See Rizzo v. Goode*, 423 U.S. 362, 371–72, 377, 96 S.Ct. 598, 46 L.Ed.2d 561 (1976).

Upon plaintiff's filing of the amended complaint the Court will screen the amended complaint under 42 U.S.C. § 1915A and determine if service is warranted. If plaintiff fails to file his amended complaint by December 1, 2025, the Court will proceed on the original complaint.

The Clerk is directed to re-note plaintiff's motion to proceed IFP to **December 1, 2025**.

The Clerk is directed to provide a copy of this order, the appropriate forms for filing a 42 U.S.C. § 1983 civil rights complaint, and the pro se instruction sheet to plaintiff.

Theresa L. Fricke
United States Magistrate Judge

ORDER GRANTING MOTION TO FILE AMENDED COMPLAINT - 2