UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ALI KANE,

            Plaintiff,

    v.

CARMACK, et al.,

            Defendants.

Case No. 2:25-cv-01972-DGE

ORDER ADOPTING REPORT AND
RECOMMENDATION

Having reviewed the Report and Recommendation (Dkt. No. 25) of the Honorable

Theresa L. Fricke, United States Magistrate Judge, Plaintiff's response[1], and the remaining

record, the Court finds and ORDERS:

    (1)    The Court ADOPTS the Report and Recommendation.

    (2)    Defendants' motion to dismiss (Dkt. 18) is GRANTED and Plaintiff's claims, and

this action, are dismissed without prejudice.

    (3)    The Clerk shall provide a copy of this order to plaintiff, counsel for defendants

and to Judge Fricke.

    Dated this 2nd day of June, 2026.

---

[1] Plaintiff asserts he has no objections to Judge Fricke's Report and Recommendation, appreciates her explanation, and states he "cannot argue against dismissal at this stage." (Dkt. No. 26.)

ORDER ADOPTING REPORT AND
RECOMMENDATION - 1

David G. Estudillo
United States District Judge

ORDER ADOPTING REPORT AND
RECOMMENDATION - 2